**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

RONISHA JONES
o/b/o T.W., a minor child PLAINTIFF

V. NO. 3:11CV00160 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration DEFENDANT

**ORDER**

Plaintiff's Unopposed Motion for Extension of Time (docket entry #10) is GRANTED. Plaintiff's Appeal Brief is due **on or before January 7, 2012.**

IT IS SO ORDERED this 13th day of December, 2011.

UNITED STATES MAGISTRATE JUDGE