# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

RONISHA JONES                                                                    PLAINTIFF
o/b/o T.W., a minor child

V.                              NO. 3:11CV00160 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                          DEFENDANT

## ORDER

Plaintiff's Motion to Dismiss (docket entry #14) is GRANTED.  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action is DISMISSED, WITHOUT PREJUDICE.

Dated this 27th day of March, 2012.

_____
UNITED STATES MAGISTRATE JUDGE