# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

RONISHA JONES                                                                 PLAINTIFF
o/b/o T.W., a minor child

V.                                    NO. 3:11CV00160 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                       DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE.

Dated this 27th day of March, 2012.

_____
UNITED STATES MAGISTRATE JUDGE